Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−24038−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Patrick Anthony Frazier | Nicole Suzanne Frazier |
| 588 Conroy Avenue | 588 Conroy Avenue |
| Toms River, NJ 08753 | Toms River, NJ 08753 |

Social Security No.:
  xxx−xx−2993                          xxx−xx−1083

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date: 9/12/18
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 16, 2018
JAN: pbf

                                                   Jeanne Naughton
                                                   Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Patrick Anthony Frazier
Nicole Suzanne Frazier
    Debtors

Case No. 18-24038-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 16, 2018
                 Form ID: 132     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2018.
```
db/jdb         +Patrick Anthony Frazier,    Nicole Suzanne Frazier,    588 Conroy Avenue,
                 Toms River, NJ 08753-4816
517642832      +Chase Auto,    Po Box 901003,    Fort Worth, TX 76101-2003
517642833      +Fay Servicing,    PO Box 809441,    Chicago, IL 60680-9441
517642835      +KML Law Group,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
517642836      +Rutgers Federal Credit Union,    100 College Ave,    New Brunswick, NJ 08901-1438
517642838     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 P.O. Box 245,    Trenton, NJ 08695-0245)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 16 2018 23:44:50     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 16 2018 23:44:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517642831      +E-mail/Text: ally@ebn.phinsolutions.com Jul 16 2018 23:44:03      Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
517642834       E-mail/Text: cio.bncmail@irs.gov Jul 16 2018 23:44:16      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517642837      +E-mail/Text: birminghamtops@sba.gov Jul 16 2018 23:45:15      Small Business Administration,
                 P.O. Box 740192,    Atlanta, GA 30374-0192
517642839      +E-mail/Text: birminghamtops@sba.gov Jul 16 2018 23:45:15      U.S. Small Business Administration,
                 801 Tom Martin Drive,    Suite 120,    Birmingham, AL 35211-6424
                                                                                               TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2018 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Patrick Anthony Frazier bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Nicole Suzanne Frazier bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 4
```