Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18−24038−KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Patrick Anthony Frazier                    Nicole Suzanne Frazier
588 Conroy Avenue                          588 Conroy Avenue
Toms River, NJ 08753                       Toms River, NJ 08753

Social Security No.:
xxx−xx−2993                                xxx−xx−1083

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on July 31, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 18 − 8
Order Granting Notice of Request for Loss Mitigation (Related Doc # 8). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/31/2018. (ckk)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 31, 2018
JAN: ckk

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-24038-KCF
Patrick Anthony Frazier                                                         Chapter 13
Nicole Suzanne Frazier
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1              Date Rcvd: Jul 31, 2018
                             Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2018.
lm             +Fay Servicing, LLC,   PO Box 809441,   Chicago, IL 60680-9441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                          Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2018 at the address(es) listed below:
        Albert  Russo   docs@russotrustee.com
        Jonathan C. Schwalb   on behalf of Creditor    Fay Servicing, LLC bankruptcy@friedmanvartolo.com
        Kevin Gordon McDonald   on behalf of Creditor    Wilmington Trust, National Association, not in
         its individual capacity, but solely as trustee for MFRA Trust 2015-1 kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
        William H. Oliver, Jr.   on behalf of Debtor Patrick Anthony Frazier bkwoliver@aol.com,
         R59915@notify.bestcase.com
        William H. Oliver, Jr.   on behalf of Joint Debtor Nicole Suzanne Frazier bkwoliver@aol.com,
         R59915@notify.bestcase.com
                                                                            TOTAL: 6