Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for Fay Servicing LLC., as servicer for
Wilmington Trust, National Association, not in its individual capacity,
but solely as Trustee for MFRA Trust 2015-1
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X

| | |
|---|---|
| IN RE:<br><br>Patrick Anthony Frazier<br><br>Nicole Suzanne Frazier<br><br><br><br>Debtor | CASE NO.: 18-24038<br><br>CHAPTER: 13<br><br>HON. JUDGE.:<br>KATHRYN C. FERGUSON<br><br>HEARING DATE:<br>**November 14, 2018 at 10:00 AM** |

-------------------------------------------------------------X

## NOTICE OF OBJECTION TO CONFIRMATION OF FIRST MODIFIED PLAN

**PLEASE TAKE NOTICE** that Fay Servicing LLC., as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee for MFRA Trust 2015-1 ("Secured Creditor"), the holder of a mortgage on real property of the debtor(s), by and through its undersigned attorneys, hereby objects to the confirmation of the Modified Chapter 13 Plan on grounds including:

1. Debtor(s) modified plan fails to provide for the claim of Secured Creditor. The objecting creditor has a filed Proof of Claim in the amount of $536,833.65, filed on August 7, 2018.

2. Debtor's modified plan does not propose to maintain regular monthly mortgage payments. Secured Creditor objects to any provision that allows for Debtor to tender less

than the full regular payment. Per Debtor's Schedule A, there is no equity in the subject property. Therefore, in light of the failure of any intent to maintain regular payments outside of the plan and the lack of equity in the subject property, the Secured Creditor is not adequately protected.

3. Debtor(s) proposed plan is not feasible.

4. Debtor(s) proposed plan fails to comply with other applicable provisions of Title 11.

5. Furthermore, Secured Creditor objects to Debtor's confirmation in that if the Debtor is post-petition delinquent with the Trustee at the time of confirmation and Debtors' case is dismissed, then any excess funds that the Chapter 13 Trustee is holding should be released to the Secured Creditor. Absent the release of any excess funds in the possession of the Trustee, Secured Creditor is substantially harmed as the Debtor would have enjoyed the benefit of the automatic stay to the detriment of Secured Creditor. Absent such language in the Order of Confirmation, confirmation of Debtor's plan must be denied.

In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C § 1325(a)(4) and 1325(b), et seq. unless the plan provides for full payment of the claim.

For the reasons stated above, and for any others that the Court deems fit to adopt, Secured Creditor respectfully objects to Debtor's modified plan and confirmation thereof.

FRIEDMAN VARTOLO LLP
85 Broad Street Suite 501
New York, New York 10004
Attorneys for Secured Creditor,
Fay Servicing LLC., as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee for MFRA Trust 2015-1
By: /s/ Jonathan Schwalb
Jonathan Schwalb, Esq.

Date: October 26, 2018

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>P: (212) 471-5100<br>Attorneys for Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee for MFRA Trust 2015-1 | Case No.: 18-24038<br><br>Chapter: 13 |
| In Re:<br><br>Patrick Anthony Frazier<br>Nicole Suzanne Frazier | Adv. No.:<br><br>Hearing Date: November 14, 2018 at 10:00 AM<br><br>Hon. Judge: Kathryn C. Ferguson |

## CERTIFICATION OF SERVICE

1. I, Theodore Weber :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for Jonathan Schwalb, Esq., who represents Fay Servicing LLC in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On October 26, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   - Notice of Objection to Confirmation of Modified Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 26, 2018          /s/ Theodore Weber
                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Patrick Anthony Frazier<br>588 Conroy Avenue<br>Toms River, NJ 08753<br><br>Nicole Suzanne Frazier<br>588 Conroy Avenue<br>Toms River, NJ 08753 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| William H. Oliver, Jr.<br>William H. Oliver, JR<br>2240 State Highway 33<br>Suite 112<br>Neptune, NJ 07753 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |