Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−24038−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patrick Anthony Frazier                         Nicole Suzanne Frazier
   588 Conroy Avenue                               588 Conroy Avenue
   Toms River, NJ 08753                            Toms River, NJ 08753

Social Security No.:
   xxx−xx−2993                                     xxx−xx−1083

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on July 13, 2018 and a confirmation hearing on such Plan has been scheduled for November 14, 2018.

The debtor filed a Modified Plan on October 30, 2018 and a confirmation hearing on the Modified Plan is scheduled for Dec. 12, 2018 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 31, 2018
JAN: pbf

                                                                Jeanne Naughton
                                                                Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey

In re:                                                  Case No. 18-24038-KCF
Patrick Anthony Frazier                                 Chapter 13
Nicole Suzanne Frazier
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin               Page 1 of 2             Date Rcvd: Oct 31, 2018
                               Form ID: 186              Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
db/jdb         +Patrick Anthony Frazier,    Nicole Suzanne Frazier,    588 Conroy Avenue,
                 Toms River, NJ 08753-4816
cr             +Fay Servicing, LLC,   85 Broad Street,    Suite 501,    New York, NY 10004-1734
cr             +Rutgers Federal Credit Union,    McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,
                 229 Broad Street,   Red Bank, NJ 07701-2009
517705095     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AMERICREDIT FINANCIAL SERVICES, INC.,     DBA GM FINANCIAL,
                 P.O BOX 183853,   ARLINGTON, TX 76096)
517642832      +Chase Auto,   Po Box 901003,    Fort Worth, TX 76101-2003
517642833      +Fay Servicing,   PO Box 809441,    Chicago, IL 60680-9441
517689466      +Fay Servicing LLC,    3000 Kellway Drive, Suite 150,    Carrollton, TX 75006-3357
517642835      +KML Law Group,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
517642836      +Rutgers Federal Credit Union,    100 College Ave,    New Brunswick, NJ 08901-1438
517642838     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Unit,
                 P.O. Box 245,   Trenton, NJ 08695-0245)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 31 2018 21:37:30       U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 31 2018 21:37:30       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517709364       E-mail/Text: ally@ebn.phinsolutions.com Oct 31 2018 21:37:26       Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
517642831      +E-mail/Text: ally@ebn.phinsolutions.com Oct 31 2018 21:37:26       Ally Financial,
                 PO Box 380901,   Bloomington, MN 55438-0901
517642834       E-mail/Text: cio.bncmail@irs.gov Oct 31 2018 21:37:27       Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
517711196      +E-mail/Text: bk.notifications@jpmchase.com Oct 31 2018 21:37:29       JPMorgan Chase Bank, N.A.,
                 PO Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
517768815      +E-mail/Text: laura@redbanklaw.com Oct 31 2018 21:37:26       Rutgers Federal Credit Union,
                 C/O McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,    Red Bank, NJ 07701-0610
517642837      +E-mail/Text: birminghamtops@sba.gov Oct 31 2018 21:37:32       Small Business Administration,
                 P.O. Box 740192,   Atlanta, GA 30374-0192
517642839      +E-mail/Text: birminghamtops@sba.gov Oct 31 2018 21:37:32       U.S. Small Business Administration,
                 801 Tom Martin Drive,    Suite 120,   Birmingham, AL 35211-6424
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Fay Servicing, LLC,    PO Box 809441,   Chicago, IL 60680-9441
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Oct 31, 2018
                              Form ID: 186             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon     on behalf of Creditor   Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2015-1 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jonathan C. Schwalb    on behalf of Creditor   Fay Servicing, LLC bankruptcy@friedmanvartolo.com
          Kevin Gordon McDonald    on behalf of Creditor   Wilmington Trust, National Association, not in
           its individual capacity, but solely as trustee for MFRA Trust 2015-1 kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael R. DuPont    on behalf of Creditor   Rutgers Federal Credit Union dupont@redbanklaw.com,
           dana@redbanklaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Patrick Anthony Frazier bkwoliver@aol.com,
           R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Joint Debtor Nicole Suzanne Frazier bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                               TOTAL: 8