Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−24038−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patrick Anthony Frazier                                  Nicole Suzanne Frazier
   588 Conroy Avenue                                        588 Conroy Avenue
   Toms River, NJ 08753                                 Toms River, NJ 08753

Social Security No.:
   xxx−xx−2993                                                 xxx−xx−1083

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on December 13, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 14, 2018
JAN: bwj

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-24038-KCF
Patrick Anthony Frazier                                         Chapter 13
Nicole Suzanne Frazier
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Dec 14, 2018
                              Form ID: 148             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db/jdb         +Patrick Anthony Frazier,    Nicole Suzanne Frazier,    588 Conroy Avenue,
                 Toms River, NJ 08753-4816
cr             +Fay Servicing, LLC,    85 Broad Street,    Suite 501,    New York, NY 10004-1734
cr             +Rutgers Federal Credit Union,    McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,
                 229 Broad Street,    Red Bank, NJ 07701-2009
517642832      +Chase Auto,    Po Box 901003,    Fort Worth, TX 76101-2003
517642833      +Fay Servicing,    PO Box 809441,    Chicago, IL 60680-9441
517689466      +Fay Servicing LLC,    3000 Kellway Drive, Suite 150,    Carrollton, TX 75006-3357
517642835      +KML Law Group,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
517642836      +Rutgers Federal Credit Union,    100 College Ave,    New Brunswick, NJ 08901-1438
517642838     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 P.O. Box 245,    Trenton, NJ 08695-0245)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 15 2018 00:00:28      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2018 00:00:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517705095       EDI: PHINAMERI.COM Dec 15 2018 04:34:00      AMERICREDIT FINANCIAL SERVICES, INC.,
                 DBA GM FINANCIAL,    P.O BOX 183853,    ARLINGTON, TX 76096
517709364       EDI: GMACFS.COM Dec 15 2018 04:33:00      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
517642831      +EDI: GMACFS.COM Dec 15 2018 04:33:00      Ally Financial,    PO Box 380901,
                 Bloomington, MN 55438-0901
517642834       EDI: IRS.COM Dec 15 2018 04:34:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517711196      +EDI: CAUT.COM Dec 15 2018 04:33:00      JPMorgan Chase Bank, N.A.,    PO Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
517768815      +E-mail/Text: laura@redbanklaw.com Dec 14 2018 23:59:40      Rutgers Federal Credit Union,
                 C/O McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,    Red Bank, NJ 07701-0610
517642837      +E-mail/Text: birminghamtops@sba.gov Dec 15 2018 00:00:52      Small Business Administration,
                 P.O. Box 740192,    Atlanta, GA 30374-0192
517642839      +E-mail/Text: birminghamtops@sba.gov Dec 15 2018 00:00:52      U.S. Small Business Administration,
                 801 Tom Martin Drive,    Suite 120,    Birmingham, AL 35211-6424
                                                                                                TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Fay Servicing, LLC,    PO Box 809441,    Chicago, IL 60680-9441
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Dec 14, 2018
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing, LLC bankruptcy@friedmanvartolo.com

        Jonathan C. Schwalb    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 bankruptcy@friedmanvartolo.com

        Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

        Michael R. DuPont    on behalf of Creditor    Rutgers Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        William H. Oliver, Jr.    on behalf of Debtor Patrick Anthony Frazier bkwoliver@aol.com, R59915@notify.bestcase.com

        William H. Oliver, Jr.    on behalf of Joint Debtor Nicole Suzanne Frazier bkwoliver@aol.com, R59915@notify.bestcase.com

        TOTAL: 9