UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Patrick Anthony Frazier
Nicole Suzanne Frazier

Debtor(s)

Order Filed on December 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-24038 / KCF

Chapter: 13

Hearing Date: December 12, 2018

Judge:  Kathryn C. Ferguson

## CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: December 13, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

*rev. 5/8/17*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to make all required pre-confirmation payments to the Trustee
- failure to provide evidence of income
- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

The Chapter 13 Standing Trustee may pay the balance of the standard attorney fees to the debtor's counsel in the amount of $1,269.34 from available funds on hand received prior to dismissal.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-24038-KCF
Patrick Anthony Frazier                                            Chapter 13
Nicole Suzanne Frazier
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 1            Date Rcvd: Dec 14, 2018
                               Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db/jdb          +Patrick Anthony Frazier,   Nicole Suzanne Frazier,   588 Conroy Avenue,
                 Toms River, NJ 08753-4816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
        Albert Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor   Wilmington Trust, National Association, not in its
         individual capacity, but solely as trustee for MFRA Trust 2015-1 dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Jonathan C. Schwalb    on behalf of Creditor   Wilmington Trust, National Association, not in its
         individual capacity, but solely as trustee for MFRA Trust 2015-1 bankruptcy@friedmanvartolo.com
        Jonathan C. Schwalb    on behalf of Creditor   Fay Servicing, LLC bankruptcy@friedmanvartolo.com
        Kevin Gordon McDonald    on behalf of Creditor   Wilmington Trust, National Association, not in
         its individual capacity, but solely as trustee for MFRA Trust 2015-1 kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Michael R. DuPont    on behalf of Creditor   Rutgers Federal Credit Union dupont@redbanklaw.com,
         dana@redbanklaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William H. Oliver, Jr.    on behalf of Debtor Patrick Anthony Frazier bkwoliver@aol.com,
         R59915@notify.bestcase.com
        William H. Oliver, Jr.    on behalf of Joint Debtor Nicole Suzanne Frazier bkwoliver@aol.com,
         R59915@notify.bestcase.com
                                                                              TOTAL: 9