Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−24038−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Patrick Anthony Frazier
588 Conroy Avenue
Toms River, NJ 08753

Nicole Suzanne Frazier
588 Conroy Avenue
Toms River, NJ 08753

Social Security No.:
xxx−xx−2993                                        xxx−xx−1083

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: March 25, 2019            Kathryn C. Ferguson
                                 Judge, United States Bankruptcy Court